PROB 12B
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: Rennard Moore     Case Number: 3:98-00038-17

Name of Judicial Officer: Honorable John T. Nixon, Senior U. S. District Judge

Date of Original Sentence: September 29, 2008

Original Offense: Conspiracy to Distribute Cocaine, Cocaine Base, & Marijuana, 21 U.S.C. § 846.

Original Sentence: 131 months' custody; 10 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: December 13, 2012.

Assistant U.S. Attorney: Sunny Koshy     Defense Attorney: Dwight Scott

## PETITIONING THE COURT

■ To modify the release conditions as follows:

**The defendant must submit to a search of his person, property, or any automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting firearms and or controlled substances at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to search.**

THE COURT ORDERS:
☐ No Action
☐ The extension of supervision as noted above.
☒ The modification(s) as noted above.
☐ Other

Considered this 7th day of March, 2013, and made a part of the records in the above case.

_____
Senior U. S. District Judge
Honorable John T. Nixon

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Vidette Putman
Supervisory U.S. Probation

Place    Nashville, Tennessee

Date    February 26, 2013

## CAUSE

Mr. Moore's supervised release initially commenced on October 8, 2008. However, his supervised release was revoked on May 12, 2010. He was sentenced to 46 months' custody followed by 60 months' supervised release. He was subsequently released on December 13, 2012. Mr. Moore currently resides in Oklahoma City, Oklahoma, and is being supervised by the U.S. Probation Office in the Western District of Oklahoma. On November 2, 2012, the defendant's wife was arrested and charged with Trafficking Cocaine and Cocaine Base and Possession of Drug Proceeds. Reportedly, a kilogram of cocaine was found at their residence, and the defendant's wife was arrested. As a result of the one kilogram of cocaine found at the offender's residence, the U.S. Probation Office in the Western District of Oklahoma is requesting a search condition be added to Mr. Moore's conditions of supervision. Mr. Moore is in agreement with this and signed a Waiver of Hearing to Modify Conditions of Supervised Release.

## U.S. Probation Officer Recommendation:

It is recommended that the offender's release conditions be modified as indicated on page one of this petition.

The U. S. Attorney's Office has been advised of the probation officer's recommendation for modification of the release conditions.

Approved: _/s/ Kenneth P.C._
Kenneth Parham
Supervisory U.S. Probation Officer

PROB 49

# Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

    I, Rennard Moore, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation or Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I, Rennard Moore, hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

**Search & Seizure:**
    The defendant must submit to a search of his person, property, or any automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting firearms and or controlled substances at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to search.

Witness: _Kelly Edwards_  
Kelly Edwards  
Senior U. S. Probation Officer

Signed: _Rennard Moore_  
Rennard Moore  
Probationer or Supervised Releasee

Date: 2-11-13